NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

―――――――――――――

**BUYERLEVERAGE EMAIL SOLUTIONS LLC, A DELAWARE LIMITED LIABILITY COMPANY,**
*Plaintiff-Appellant,*

**v.**

**MICROSOFT CORPORATION, TIME WARNER CABLE, INC., YAHOO! INC., RETURN PATH, INC., SBC INTERNET SERVICES, INC., AT&T SERVICES, INC., AND COMCAST CABLE COMMUNICATIONS, LLC,**
*Defendants-Appellees.*

―――――――――――――

2014-1385

―――――――――――――

Appeal from the United States District Court for the District of Delaware in No. 1:11-cv-00645-RGA, Judge Richard G. Andrews.

―――――――――――――

**ON MOTION**

―――――――――――――

**O R D E R**

BuyerLeverage Email Solutions LLC moves to voluntarily dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b).

2         BUYERLEVERAGE EMAIL SOLUTIONS v. MICROSOFT CORP.


Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2)  Each side shall bear its own costs.


FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


ISSUED AS A MANDATE: September 12, 2014


s30